# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOLITA DUGLAS,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **AVENUE OF THE ARTS DENTAL *et al.*,** | : | **No. 21-2145** |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 24th day of May, 2021, Plaintiff Lolita Duglas having submitted an unsigned letter Complaint (ECF No. 1) to the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. If Ms. Duglas seeks to proceed with this action she must, within thirty (30) days of the date of this Order, either (1) pay $402 (comprising the $350 filing fee and the $52 administrative fee) to the Clerk of Court, or (2) file a motion to proceed *in forma pauperis*.

2. The Clerk of Court shall email Ms. Duglas an appropriate non-prisoner application to proceed *in forma pauperis*, bearing the above civil action number. Ms. Duglas may use this form to seek leave to proceed *in forma pauperis* if she cannot afford to pay the fees to commence this case. This form is also available on the Court's website http://www.paed.uscourts.gov/documents/forms/ifpl.pdf.

3. Additionally, if Ms. Duglas seeks to proceed by way of a complaint in this Court, she must, within thirty (30) days of the date of this Order, file a hand signed amended complaint. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Ms. Duglas's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial letter Complaint or other papers filed in this case to state

1

a claim. When drafting her amended complaint, Ms. Duglas should be mindful of the deficiencies in her initial letter Complaint as discussed in the accompanying memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so ordered by the Court.

4. The Clerk of Court shall also email Ms. Duglas a blank copy of the Court's form complaint bearing the above civil action number, which she may use to file an amended complaint that complies with Federal Rules of Civil Procedure 8 and 10 by clearly setting out the names of the parties in the caption. This form is also available on the Court's website http://www.paed.uscourts.gov/documents/forms/frmcgenf.pdf.

5. If Ms. Duglas did not intend to initiate a lawsuit by mailing the letter to the Court, or if, after review of this Order, Ms. Duglas should decide not to further pursue this action, she may file a Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a).[1]

6. If Ms. Duglas fails to comply with this Order, her case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

_____
GENE E. K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides in pertinent part that "the plaintiff may dismiss an action without a court order by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"